# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NATALIE ROBERTS AND MARTIN MAESTAS, Individually And On Behalf Of Their Minor Children, ARM, SM, SRM And Their Unborn Infant,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICES, INC., UPS INSURANCE AGENCY, INC., UPS CORPORATION, ONCORE TECHNOLOGY, LLC, TEXAS DENTURE CLINIC, P.C. and AMARILLO DENTURE CLINIC, PLLC,<br><br>Defendants. | Cause No. 2015-CV-1001 KBM/KK |

## AGREED ORDER APPOINTING GUARDIAN AD LITEM

THIS MATTER having come before the Joint Motion by the parties for the appointment of a Guardian ad Litem to assist the Court in evaluating a proposed settlement of this pending litigation benefitting minors ARM, SM, SRM, and the Roberts-Maestas unborn child, the Court having reviewed the file and being otherwise fully advised, hereby FINDS that the motion is well taken and should be granted.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, Raynard Struck shall be appointed Guardian ad Litem for the minor children ARM, SM, SRM and the Roberts-Maestas unborn child, appointed in connection with this Court's consideration of a settlement involving the minor children. Raynard Struck shall be absolutely immune from any

liability for his actions taken pursuant to this appointment, insofar as his conduct in the case is as a result of an investigation on behalf of this Court into the fairness and reasonableness of the settlement in its effect on the minor child. The Guardian ad Litem's duties and obligations in this Court are owed to the Court and directed by the Court, and not the minor children or the parties. This appointment of Raynard Struck as Guardian ad Litem is intended to convey upon him all of the immunities and protections allowed or provided under *Collins v. Tabet,* 111 N.M. 391, 806 P.2d 40 (1991). Defendants shall share equally in the fees and costs incurred by the Guardian ad Litem.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

BUTT THORNTON & BAEHR PC

  /s/ Ryan T. Sanders_____
Ryan T. Sanders
Amy E. Headrick
*Attorneys for Defendant United Parcel Service, Inc.*
P.O. Box 3170
Albuquerque, NM  87190
Telephone:  (505) 884-0777
rtsanders@btblaw.com
aeheadrick@btblaw.com


  Electronically approved 6/15/2016\_\_\_\_
James P. Lyle
James P. Lyle, P.C.
1116 2nd Street, NW,
Albuquerque, New Mexico 87102
Phone: (505) 843-8000
Fax: (505) 843-8043
penname@prodigy.net
*Attorney for Natalie Roberts, Martin Maestas,*

*Alina Maestas, Soleille Maestas, Shane Maestas*
*and Natalie Roberts, and Unborn Infant*


_Electronically approved 6/15/2016_____
Krystle A. Thomas
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103
Phone: (505) 768-7356
Fax: (505) 768-7395
kthomas@rodey.com
*Attorney for Texas Denture Clinic, P.C.*
*and Amarillo Denture Clinic, PLLC*

_Electronically approved 6/15/2016_____
Courtenay L. Keller
Riley, Shane & Keller
3880 Osuna Road, N.E.
Albuquerque, New Mexico 87109-4458
Phone: (505) 883-5030
Fax: (505) 883-4362
ckeller@rsk-law.com
*Attorney for Oncore Technology, LLC*